01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )  CASE NO.     CR06-294-MJP
09           Plaintiff,                 )               CR06-459-MJP
                                        )               CR06-465-MJP
10       v.                             )
                                        )  SUMMARY REPORT OF U.S.
11  CHRISTOPHER SHAUN WEBB,             )  MAGISTRATE JUDGE AS TO
                                        )  ALLEGED VIOLATIONS
12           Defendant.                 )  OF SUPERVISED RELEASE
    _____    )

13

14       An initial hearing on supervised release revocation in this case was scheduled before me

15  on March 22, 2011.  The United States was represented by AUSA Steven Masada and the

16  defendant by Nancy Tenney for Jennifer Wellman.  The proceedings were digitally recorded.

17       Defendant had been sentenced on or about April 27, 2007 by the Honorable Marsha J.

18  Pechman on 4 charges of Bank Robbery, and sentenced to 51 months custody, 3 years supervised

19  release. (Dkt. 29) The sentence was ordered to run concurrently with those imposed in CR06-459

20  (Dkt. 15) and CR06-465 (Dkt. 14.), each for one count of Bank Robbery.

21       The conditions of supervised release included the standard conditions plus the

22  requirements that defendant be prohibited from consuming alcohol and from entering any

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  establishment where alcohol is the primary commodity for sale, participate in alcohol and

02  substance abuse treatment and testing, submit to search, participate in a mental health program,

03  pay restitution in the amount of $31,247, $2,110, and $8,995 respectively, provide his probation

04  officer with financial information as requested, and be prohibited from incurring new credit

05  charges or opening new lines of credit without permission.

06      On March 24, 2010, the conditions of supervision were modified to require defendant to

07  reside in and satisfactorily complete a residential reentry center program for up to 120 days.

08  (CR06-294, Dkt. 15.)   On June 15, 2010, defendant admitted violating the conditions of

09  supervised release by absconding from the program on or about June 7, 2010. (March 22, 2011,

10  Dkt. 19.)  Defendant was sentenced to time served followed by 34 months supervised release.

11  (Dkt. 27.)

12      The conditions of supervision were modified on August 13, 2010 to place defendant in

13  a residential reentry center program for up to 90 days. (Dkt. 28.)

14      On August 26, 2010, defendant admitted violating the conditions of supervised release

15  by absconding from a residential reentry center program and using heroin. (Dkt. 46, 47.) He was

16  sentenced to 90 days in custody, 30 months supervised release.  (Dkt. 54.)  On February 2, 2011,

17  following an evidentiary hearing before Magistrate Judge James P. Donohue, defendant was

18  found to have violated the conditions of supervised release by being terminated from the

19  residential reentry center program. (Dkt. 64.)  A disposition hearing was scheduled before Judge

20  Pechman, but defendant failed to appear and a bench warrant was issued. (Dkt. 69.)

21      On March 14, 2011, defendant's probation officer filed a supplemental violation report,

22  alleging an additional violation of the conditions of supervised release, to be incorporated into

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  the pending proceedings. (Dkt. 67, 68.) Defendant was alleged to have violated supervision by:

02      2.      Failing to reside in an satisfactorily participate in a residential reentry center

03  program, by absconding from the facility on or about March 13, 2011, in violation of an order

04  modifying supervised release.

05      Defendant was advised in full as to the charge and as to his constitutional rights.

06      Defendant admitted the alleged violation and waived any evidentiary hearing as to

07  whether it occurred.

08      I therefore recommend the Court find defendant violated his supervised release as alleged,

09  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

10  set before Judge Pechman.

11      Pending a final determination by the Court, defendant has been detained.

12      DATED this 22nd day of March, 2011.

13

14                                        Mary Alice Theiler
                                          United States Magistrate Judge

15

16

17  cc:    District Judge:          Honorable Marsha J. Pechman
           AUSA:                    Steven Masada
           Defendant's attorney:    Jennifer Wellman
18         Probation officer:       Mark J. Chance

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3